UNITED STATES of America,
Plaintiff–Appellee,

v.

Elmario Deshawn CLAY, Defendant–
Appellant.

No. 12–10551.
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 24, 2012.

Peter J. Sholl, Tampa, FL, Robert E. O'Neill, Tampa, FL, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Ronald W. Maxwell, Ronald W. Maxwell, PA, Jacksonville, FL, for Defendant–Appellant.

§ 3553(a)(1)-(7).

**956**

Before DUBINA, Chief Judge, CARNES and FAY, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Elmario Deshawn Clay in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Clay's convictions and sentences are **AFFIRMED.**